IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARVIN MANDEL,**<br>        **Plaintiff,**<br><br>        v.<br><br>**UNUMPROVIDENT CORPORATION,**<br>        **Defendant.** | **CIVIL ACTION NO. 02-4468** |

## O R D E R

**AND NOW,** this 30th day of July, 2002, it is hereby **ORDERED** that the defendant's Motion to Dismiss is **GRANTED** to the extent that the complaint is dismissed without prejudice to bringing an action against the insurer in this case, Provident Life and Accident Insurance Company.

Plaintiff's Motion for Remand is **DENIED** as moot.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**